JOHNSON, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

**REHEARING MOTION GRANTED**

AUGUST 14, 1947

**No. 7360.—**

*Geo. S. Bush & Co., Inc.* v. *United States.* Entered at Seattle, Wash. (Not published). Motion by plaintiff.

WILLIAM J. OBERLE, INC. (EUROPEAN AGENCIES CO., INC.) ET AL. *v.* UNITED STATES

**No. 7361.**—Invoices dated Koln–Mulheim, Germany, August 6, 1936, etc.
Certified August 19, 1936, etc.
Entered at New Orleans, La., October 2, 1936, etc.
Entry No. 968, etc.

(Decided on rehearing [Reap. Decs. 6160, 6163, 6164] August 19, 1947)

*Philip Stein* for the plaintiffs.

*Paul P. Rao,* Assistant Attorney General (*Samuel D. Spector* and *Dorothy C. Bennett,* special attorneys), for the defendant.

LAWRENCE, Judge: The three appeals for reappraisement listed in schedule A attached hereto and made a part hereof were originally tried and submitted for decision upon three separate records. Thereafter separate decisions were rendered in each case in which motions by plaintiffs to dismiss were denied and the appraised values were affirmed (Reap. Dec.'s 6160, 6163, and 6164). In due course plaintiffs